# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OCULAR THERAPEUTIX, INC., )<br>)<br>Declaratory Judgment )<br>Plaintiff, )<br>)<br>v. )<br>)<br>MATI THERAPEUTICS, INC, )<br>)<br>Defendant. ) | C.A. No. 18-1991-MN |

## DEFENDANT'S MOTION FOR AN EXTENSION OF TIME

Defendant Mati Therapeutics, Inc. ("Mati") hereby moves for an extension of time to move, answer or otherwise respond to Plaintiff's Complaint, which was served on December 14, 2018, from January 22, 2019 to February 5, 2019. A proposed form of Order is attached.

The grounds for this motion are:

(1) Plaintiff filed this action for declaratory judgement of non-infringement on December 14, 2018 and served the complaint on December 17, 2019. (D.I. 1).

(2) To accommodate Defendant's schedule over the holidays and to enable Defendant to select counsel, Defendant requested a 30-day extension to move, answer or other respond to the Complaint. Regardless of the impending holidays, Plaintiff rejected Defendant's request and agreed only to a 14-day extension but indicated it would consider additional extensions later. Ex. A.

(3) On January 4, 2019, Plaintiff filed a motion for extension of time for 14 days, which the Court granted on the same day. (D.I. 6)

(4) On January 10, 2019, Defendant selected counsel for the action and subsequently requested another two-week extension, consistent with its initial request. Defendant requested

two additional weeks to respond so that counsel would be able to consult with their client and decide how to respond.  On January 16, 2019, Plaintiff refused to grant Defendant's request.  Delaware counsel spoke about the requested extension on January 17, 2019 and Plaintiff indicated it would grant an additional 6-day extension and indicated it would oppose any motion by Mati for a longer extension.  Ex. B.

(5)    Mati seeks an order, pursuant to Federal Rules of Civil Procedure 6(b), granting an extension of time to answer, move or otherwise respond to the Ocular's Complaint for an additional 14 days.  Federal Rules of Civil Procedure 6(b) provides, in part:

> When by these rules . . . or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by previous order . . . .

Fed. R. Civ. P. 6(b).

(6)    In the present case, good cause exists to extend the time period by which Mati has to answer, move or otherwise respond to the Complaint.  Moreover, it is common (and, in undersigned counsel's experience, routine absent exceptional circumstances) that parties agree to a 30-day extension to respond to the Complaint.

(7)    Plaintiff will not be prejudiced by the requested two-week extension.  There is no scheduling order in place, and there are no activities scheduled to occur in this case during the requested period.  Furthermore, the accused product for which Plaintiff seeks to prove as non-infringing is not being sold in the United States nor does Plaintiff have a date in the near future on which it will make any such sale.

|  |  |
|---|---|
|  | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7700<br>farnan@rlf.com |
| Dated: January 17, 2019 | *Attorneys for Defendant Mati Therapeutics, Inc.* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| OCULAR THERAPEUTIX, INC., )<br>)<br>Declaratory Judgment )<br>Plaintiff, )<br>)<br>v. )<br>)<br>MATI THERAPEUTICS, INC, )<br>)<br>Defendant. ) | C.A. No. 18-1991-MN |

**ORDER**

This __ day of January, 2019, Defendant, having moved for an extension of time to respond to the Complaint, and the Court having concluded that there is good cause for such an extension,

IT IS HEREBY ORDERED that the time for Defendant to move, answer or otherwise respond to the First Amended Complaint is extended until February 5, 2019.

_____
United States District Judge