# EXHIBIT A

**Farnan, Kelly E.**

| | |
|---|---|
| **From:** | Silver, Daniel <DSilver@McCarter.com> |
| **Sent:** | Friday, December 21, 2018 2:23 PM |
| **To:** | Farnan, Kelly E. |
| **Subject:** | RE: Mati |

Kelly, I'm not sure 30 days is anymore "customary" than 14 days.  In any event, Ocular filed this action in response to Mati's infringement contention and is prepared to move quickly to resolution.  We are happy to discuss a further extension as the extended deadline approaches, but in terms of a courtesy extension to get through the holidays, 14 days is the best I can do at the moment.

Thanks and best regards,
Dan

**From:** Farnan, Kelly E. [mailto:Farnan@RLF.com]
**Sent:** Friday, December 21, 2018 1:16 PM
**To:** Silver, Daniel
**Subject:** RE: Mati

Thanks, Dan.  Is there a reason the customary 30-day extension is a problem?

The information contained in this electronic communication is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.

**From:** Silver, Daniel [mailto:DSilver@McCarter.com]
**Sent:** Friday, December 21, 2018 1:14 PM
**To:** Farnan, Kelly E.
**Subject:** Mati

Kelly, I can extend the courtesy of a 14 day extension at present.  Can you please send me an unopposed motion and we'll file it?  Sorry, overwhelmed and short handed today.  Thanks, Dan



**Daniel Silver | Partner**
McCARTER & ENGLISH, LLP

Renaissance Centre, 405 N. King Street, 8th Floor | Wilmington, Delaware 19801
T: 302-984-6331
C: 814-571-1414
F: 302-691-1260
dsilver@mccarter.com | www.mccarter.com

BOSTON | HARTFORD | STAMFORD | NEW YORK | NEWARK
EAST BRUNSWICK | PHILADELPHIA  | WILMINGTON | WASHINGTON, DC

**Think Green! Please consider the impact on the environment before printing this e-mail.**

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.