# EXHIBIT B

## Farnan, Kelly E.

| | |
|---|---|
| **From:** | Silver, Daniel <DSilver@McCarter.com> |
| **Sent:** | Thursday, January 17, 2019 5:06 PM |
| **To:** | Farnan, Kelly E. |
| **Cc:** | Belt, Erik Paul; Lemon, Brian |
| **Subject:** | Ocular v. Mati -- Mati's Request for Another Extension |

Kelly,

In December, you asked for a 30-day extension on behalf of Mati. We agreed to 14 days. This week, you and your co-counsel indicated that you were planning to move for another 14-day extension because we will not agree to another extension. In order to avoid motion practice, we are willing to stipulate to extend Mati's response deadline to January 28th. If Mati declines to accept that stipulation, we will oppose the motion for an extension (and of course, Mati's deadline to respond is not extended unless and until the Court grants any motion that Mati files). Please let us know what Mati decides.

Thank you and best regards,
Dan



**Daniel Silver | Partner**
McCARTER & ENGLISH, LLP

Renaissance Centre, 405 N. King Street, 8th Floor | Wilmington, Delaware 19801
T: 302-984-6331
C: 814-571-1414
F: 302-691-1260
dsilver@mccarter.com | www.mccarter.com

BOSTON | HARTFORD | STAMFORD | NEW YORK | NEWARK
EAST BRUNSWICK | PHILADELPHIA | WILMINGTON | WASHINGTON, DC

**Think Green! Please consider the impact on the environment before printing this e-mail.**

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.