RICHARDS
LAYTON &
FINGER

Kelly E. Farnan
302-651-7705
Farnan@rlf.com

January 17, 2019

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Maryellen Noreika
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
Wilmington, DE 19801-3555

Re:     *Ocular Therapeutix, Inc. v. Mati Therapeutics, Inc.*, C.A. No. 18-1991-MN

Dear Judge Noreika:

I write on behalf of Defendant Mati Therapeutics, Inc. ("Mati") to request expedited consideration of Mati's Motion for Extension of Time filed herewith.  Mati's response to the Complaint is currently due on January 22 (a 14-day extension).  Having just retained lead counsel on January 10, Mati seeks a full 30-day extension to respond to the Complaint and requests that its deadline be extended to February 5, 2019.

While Mati hesitates to bother the Court with this issue, the parties have unfortunately been unable to come to an agreement on an extension.  Given the upcoming deadline, Mati requests the Court's consideration of this motion on an expedited basis.

If Your Honor has any questions concerning these requests, counsel is available at the Court's convenience.

Respectfully,

*/s/ Kelly E. Farnan*

Kelly E. Farnan (#4395)

cc:     Counsel of Record (via CM/ECF)